# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America, *ex rel.*,
Steven F. Collier,
    Plaintiff

    vs

Fluor Corporation,
d/b/a Fluor Fernald, Inc.,
    Defendant

Case No. C-1-00-825
(Beckwith, J.)
(Hogan, M.J.)

## ORDER

This matter is before the Court on Plaintiff's Motion for Additional Time for Submission of Motion for Leave to File Amended Complaint (Doc. 38). Plaintiff represents that opposing counsel has no objection to said motion.

Plaintiff represents that this matter has been settled and is in the final approval process at the Department of Justice. As such, Plaintiff requests an extension of the deadline for filing his Motion for Leave to File a Second Amended Complaint until September 30, 2004.

**IT IS THEREFORE ORDERED THAT** for good cause shown, Plaintiff's motion (Doc. 38) is GRANTED. Plaintiff shall have until September 30, 2004 in which to file his Motion for Leave to File a Second Amended Complaint.

SO ORDERED.

Date:   8/17/04           *s/Timothy S. Hogan*
                                    Timothy S. Hogan
                                    United States Magistrate Judge