UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, | : | |
| STEVEN F. COLLIER, | : | CASE NO. 1:00cv-825 |
| | : | (Judge Beckwith) |
| PLAINTIFF, | : | (Magistrate-Judge Hogan) |
| | : | |
| v. | : | |
| | : | |
| FLUOR CORPORATION | : | |
| d/b/a FLUOR FERNALD, INC., | : | |
| | : | |
| DEFENDANT. | : | |

### ORDER OF DISMISSAL

Pursuant to this Court's approval of the Settlement Agreement of the above-captioned matter, this Court grants Plaintiff's motion to dismiss the action with prejudice.

IT IS SO ORDERED.


Date: September 22, 2004          s/Sandra S. Beckwith
                                  Sandra S. Beckwith, Chief Judge
                                  United States District Court